**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

## FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT SEP 1 8 2025
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

TAMMY H. DOWNS, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## _____ DIVISION

By: _____ DEP CLERK

CASE NO. _4:25-cv-00967-KGB_

Jury Trial: □ Yes □ No
**(Check One)**

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Jimmy Dewayne Stanley_
ADC # _____
Address: _210 S Main Street Monticello, Arkansas 71655_

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _Mike Anderson / Bank of America_
Position: _____
Place of employment: _Allegedly Mega Millions Lottery_
Address: _101 Winning Circle New York, NY_

Name of defendant: _____

Position: _____

This case assigned to District Judge _Baker_
and to Magistrate Judge _Volpe_

4

Place of employment: _____

Address: _____

Name of defendant: _____

Position:_____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.    Are you suing the defendants in:

    ☐    official capacity only
    ☐    personal capacity only
    ☑    both official and personal capacity

III.    Previous lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ___    No ✓

    B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐    Parties to the previous lawsuit:

        Plaintiffs: _____ N/A _____

        _____

        Defendants: _____

        _____

5

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed?  Was it appealed?
Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV.    Place of present confinement: *Draw County Detention*
*Facility*

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

____✓____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion
of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a
prisoner grievance procedure in the Arkansas Department of Correction, and in several county
jails. Failure to complete the exhaustion process provided as to each of the claims asserted in
this complaint may result in the dismissal without prejudice of all the claims raised in this
complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _____    No __✓__  *This happened outside of me being incarcerated*

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the
grievance procedure?

*Filing now*

6

Yes ___    No ___    N/A

If not, why? _____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

*All the documentations are in my emails*

I recieved several calls from a Mike Anderson *+ others that were w/ him* out of New York + I was told that I had won the lottery + he emal the documentation, including the ~~affidy~~ affidavit form that I got notorized at Simmons Bank (My Bank I Bank with). This included Tax forms that had to be signed for winning the lottery + turning into the IRS. A Void Check of $2,500,000 with my name on it from Bank of America + $288,000 to go to any Mercedez *(Benz Vehicle)*

I have an account number with my name on the documentation I call the number to Bank of America the *money is in there but they* ~~there~~ wasn't released. *Ho*

*signed + sent back to New York Bank of New York*

*Winning gambling + part of it. I had (they also noticed*

*(It was $10,500,000.000 to with the ohnd of pre deducted from fee as of $5,500 a filing fee*

*(Five thousand five hundred dollars)*

*Can the documentations are in my emails send back*

*need to be done about this*

*something to be done*

## VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite
no cases or statutes.

I want fairness for justice for me
being neglected, told the opposite of
what they presented my as injustice for winning / And
~~...~~ then
~~...~~ ~~...~~ So, now I want compensation

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

So, for falsifying the information sent to for these
me told to matters!
Executed on this ___ day of ~~...~~ sept, 20 25. me ow
In which any amendment that the Phone
broken to be
sued
And

_____

_____
Davaye Stul
Signature(s) of plaintiff(s)

8

Jimmy Dewayne Stanley
210 S. Main Street
Monticello, Arkansas
71655

quadient
FIRST-CLASS MAIL
IMI
$001.03°
09/15/2025 ZIP 71655
043M91220356
US POSTAGE

United States District Court
Richard Arnold Sheppard U.S CH
Clerk's Office
600 W. Capitol Avenue Suite A-149
Little Rock, Arkansas 72201-3325